#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ALYSA LYNN JACOBS,**     )<br>          Plaintiff,          )<br>                                          )<br>**v.**                                     )<br>                                          )<br>**OPG VENTURES, LLC a/k/a ORION**    )<br>**PROPERTY GROUP, and 37NORTH**      )<br>**WHITE LAKES, LLC d/b/a 37NORTH**   )<br>**MANAGEMENT WHITE LAKES, LLC,** )<br>          Defendants.           ) | Case No. 5:24-cv-04108-JAR-TJJ |

#### JOINT MEDIATION NOTICE

Plaintiff, Alysa Lynn Jacobs, and Defendants, OPG Ventures, LLC a/k/a Orion Property Group, and 37North White Lakes, LLC d/b/a 37North Management White Lakes, LLC, through their respective counsel hereby notify the court that they have scheduled mediation in this case with Joseph Eischens of Eischens + Vogel Mediation Services, 8013 Park Ridge Dr., Parkville, Missouri 64152, (816) 210-5933, with mediation to be held virtually on July 23, 2025, starting at 9:30am.

Respectfully submitted,

| BRUMLEY LAW OFFICE | SHANK & HEINEMANN, LLC |
|---|---|
| */s/Chloe Elizabeth Davis* | */s/David L. Heinemann* |
| Bruce Alan Brumley, #16066 | Christopher S. Shank, #70262 |
| Chloe Elizabeth Davis, #28517 | David L. Heinemann, #14016 |
| Brumley Law Office | Shank & Heinemann, LLC |
| 2348 SW Topeka Blvd, #201 | 1968 Shawnee Mission Pkwy, #100 |
| Topeka, KS 66611 | Mission Woods, KS 66205 |
| P: (785) 267-3367 / F: (785) 233-3161 | P: (816) 471-0909 / F: (816) 471-3888 |
| chloe@brucebrumleylaw.com | david@shanklawfirm.com |
| bruce@brucebrumleylaw.com | chris@shanklawfirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Chloe Elizabeth Davis*
Chloe Elizabeth Davis, #28517